JOHN KRISS, Respondent, v. MARY KRISS, Individually and as Administratrix of the Estate of ANDREW KRISS, Deceased, Appellant, Impleaded with Others.

Submitted September 27, 1937; decided October 5, 1937.

*James A. Nolan* for motion.
No one opposed.
Motion granted.

In the Matter of ALBERT F. VOLGENAU, Appellant, against JAMES E. FINEGAN et al., Constituting the Municipal Civil Service Commission of the City of New York, et al., Respondents.

Submitted September 27, 1937; decided October 5, 1937.

*Albert F. Volgenau,* in person, for motion.
*Paul Windels, Corporation Counsel (Edmund L. Palmieri* of counsel), in accord with motion.
Motion granted.